# Judge McMahon

| D/ME Prob. 22<br>(Rev 03/13)<br><br>**TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Trans. Court)*<br>PACTS# 1962533<br>2:16CR00020 - 002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec Court)*<br><br>**18 CRIM 609** |

| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE<br><br>Michael Jenkins | DISTRICT<br><br>District of Maine | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable George Z. Singal, U.S. District Judge | |
| | DATES OF PROBATION /<br>SUPERVISED RELEASE: | FROM<br>01/29/2018 | TO<br>01/28/2021 |

OFFENSE:

21 U.S.C. § 846, 21 U.S.C. § 841(1)(1), 21 U.S.C. § 841 (b)(1)(C) - Conspiracy to Possess with Intent to Distribute Heroin and 28 Grams or More of Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MAINE**

      IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of New York** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-19-18
_____
Date

_George Singal_
_____
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

AUG 2 3 2018
_____
Effective Date

~~United States District Judge~~

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK